UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GERARD CORSINI,

       Plaintiff,

-v-                                      No. 12 Civ. 8058 (LTS)(MHD)

MAYOR MICHAEL R. BLOOMBERG, et al.,

       Defendants.

-------------------------------------------------------x

                                      ORDER

       Defendants filed three motions to dismiss the original filed complaint in this case prior to Plaintiff's filing the amended complaint on June 10, 2013. (Docket entry nos. 39, 49, and 53.) These motions are denied as moot. Each of the defendants have since filed a motion to dismiss the amended complaint, and these motions remain sub judice.

       This order resolves docket entry numbers 39, 49, and 53.

       SO ORDERED.

Dated: New York, New York
       March 31, 2014

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

Copies mailed/faxed to Mr. Corsini
Chambers of Judge Swain on 3-31-2014